SAMUEL BARON, *Respondent, v.* AARON BRUMMER and another, *Appellants.* — Judgment affirmed, with costs.

IN THE MATTER OF ALEXANDER MCCUE. — Decree reversed, with costs; issues ordered to be tried by a jury; order to be settled by DANIELS, J.  Opinion by DANIELS, J.

MARTIN V. PURPLE and another, *Appellants, v.* WILLIAM WEBB and another, *Respondents.* — Judgment affirmed, with costs.

JOSEPH A. VOSE, *Respondent, v.* FRANCIS S. STREET, and another, *Appellants.* — Judgment reversed, new trial ordered, costs to abide event.  Opinion by BRADY, J.

JAMES S. HAVILAND and others, *Appellants, v.* WILLIAM H. SCHMOHL, *Respondent, Impleaded, etc.* — Judgment affirmed, with costs.  Opinion by DANIELS, J.

ELIZA G. TUERS and others, *Respondents, v.* SYLVESTER P. TUERS, *Appellant.* — Judgment affirmed.

LORENZ ZELLER, *Respondent, v.* CALVIN E. POWELL, *Appellant.* — Order reversed, motion granted, with ten dollars costs and disbursements.  Opinion by BRADY, J.

MATHER B. ALMON and others, *Respondents, v.* JAMES G. HAMILTON and others, *Appellants.*

THE BANK OF NOVA SCOTIA, *Respondents, v.* JAMES G. HAMILTON and others, *Appellants.* — Judgment affirmed.

JULIUS FORSTMANN, *Appellant, v.* HERMAN SCHULTING, *Respondent.* — Order reversed and motion granted, without costs. Opinion *Per Curiam.*

GEORGE S. SCOTT and others, *Appellants, v.* JANE R. STOCKWELL, *Administrator, etc.,* and others, *Respondents.* — Order affirmed, without costs.

JOHN C. WILMERDING and others, *Appellants, v.* JOHN CUNNINGHAM, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

GEORGE F. VICTOR and others, *Respondents, v.* JOHN CUNNINGHAM, *Appellant.*

JAMES MCCREARY and others, *Respondents, v.* JOHN CUNNINGHAM, *Appellant.*

SAMUEL P. HYMAN, *Respondent, v.* JOHN CUNNINGHAM, *Appellant.* — Orders affirmed, with ten dollars costs and disbursements in one case.

AUGUST PLENINGER, *Respondent, v.* FREDERICK HOMEYER and another, *Appellants.* — Order reversed, with ten dollars costs and disbursements, and judgment set aside, without costs.  Opinion by DANIELS, J.

MICHAEL BYRNE, *Respondent, v.* THE AMERICAN HEATING AND POWER COMPANY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.